UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and MILES MERTENS,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,,

    Plaintiffs,

vs.              Case No. 08-C-116

TWIN MASONRY, LLC and
JOHN OROSCO,

    Defendants.

## ORDER FOR JUDGMENT AND DISMISSAL

Based upon the Stipulation to Judgment and Dismissal, now on file, the Court hereby submits the following Order:

1. Judgment shall be entered against Defendant Twin Masonry, LLC in the amount of $5,712.87. Said amount represents an agreed upon amount owed by Twin Masonry, LLC to the Plaintiffs for the audit period March 1, 2006 through August 31, 2007, as well as Plaintiffs' attorney's fees and costs through and including July 15, 2008; and

2. Judgment shall be entered against Defendant John Orosco, jointly and severally, in the amount of $578.48. Said amount represents unpaid contributions owed to the Building & Public Works Laborers Vacation Fund for the audit period March 1, 2006 through August 31, 2007.

3. The captioned action, as it relates to Plaintiffs' claims against the Defendants for the time period September 1, 2007 forward shall be dismissed. The dismissal of this portion of the above-captioned action shall be without prejudice, and with each party bearing its own costs.

**IT IS HEREBY ORDERED.**

Dated this 29th day of July, 2008.

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
United States District Court Judge
United States District Court, Western District
Of Wisconsin

Judgment entered this 31st day of July, 2008.

Joel W. Turner, Acting Clerk of Court

-2-